NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

S.L.P, o/b/o E.M.P., a minor child,               )
                                                  )
          Appellant,                              )
                                                  )
v.                                                )     Case No. 2D17-3541
                                                  )
R.A.P.,                                           )
                                                  )
          Appellee.                               )
                                                  )
_____           )

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Charlotte County;
Leigh F. Hayes, Judge.

Susan M. Bodden of Bodden Law Firm, Port
Charlotte, for Appellant.

Pamela T. Calderon, Venice, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, VILLANTI, and BLACK, JJ., Concur.